**Allan L. GANT, Plaintiff—Appellant,**

v.

**OFFICE OF THE UNITED STATES ATTORNEY, SOUTHERN DISTRICT OF WEST VIRGINIA; United States of America, Defendants—Appellees.**

No. 03–7381.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 11, 2003.

Decided Dec. 22, 2003.

Allan L. Gant, Appellant pro se.

Stephen Michael Horn, Assistant United States Attorney, Charleston, West Virginia, for Appellees.

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

Allan L. Gant appeals the district court's order and judgment accepting the recommendation of the magistrate judge and dismissing Gant's civil rights action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Gant v. Office of the United States Attorney*, No. CA–02–1145–2 (S.D.W.Va. Aug. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*